PITTMAN, Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(C), Ala.R.App. P.; Ala.Code 1975, § 26-18-7; Ex parte State Dep’t of Human Res., 834 So.2d 117, 120-21 (Ala.2002); M.H. v. Calhoun County Dep’t of Human Res., 848 So.2d 1011, 1013 (Ala.Civ.App.2002); and C.W. v. State Dep’t of Human Res., 826 So.2d 171, 172 (Ala.Civ.App.2002).
YATES, P.J., and THOMPSON and MURDOCK, JJ., concur.
CRAWLEY, J., dissents, with writing.